**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

JAMES HUTTS,
ADC #116473                                                                                    PLAINTIFF

v.                           5:14CV00269-KGB-JTK

WENDY KELLEY, et al.                                           DEFENDANTS

**ORDER**

By Order dated August 11, 2014, this Court directed the issuance of summons and service of Plaintiff's Complaint on Defendants (Doc. No. 3). Summons was returned, unexecuted, with respect to Defendants Snyder, McBride, York, and Humphrey on October 9, 2014 (Doc. Nos. 21, 23, 25, 27). Included with the returns and filed under seal are memos containing Defendants' last-known addresses, and the correct names of Genia Snyder, Jennifer McBride-Andrews, and Tonya Humphrey.

IT IS, THEREFORE, ORDERED that the Clerk of the Court shall prepare summons for the Defendants Genia Snyder, Jennifer McBride-Andrews, Deborah York, and Tonya Humphrey, and the United States Marshal is hereby directed to serve a copy of the summons and Complaint (Doc. No. 2) on Defendants at the addresses provided under seal, without prepayment of fees and costs or security therefore.

The Clerk is directed to correct the names of Defendants Snyder, McBride-Andrews, and Humphrey.

IT IS SO ORDERED this 10th day of October, 2014.

_____
JEROME T. KEARNEY

UNITED STATES MAGISTRATE JUDGE