IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JAMES HUTTS　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　PLAINTIFF
ADC #116473

v.　　　　　　　　Case No. 5:14-cv-00269-KGB-JTK

WENDY KELLEY, *et al.*　　　　　　　　　　　　　　　　　　　　　　　　DEFENDANTS

## ORDER

The Court has received the Proposed Findings and Recommendations from United States Magistrate Judge Jerome T. Kearney (Dkt. No. 8).  After a review of the Proposed Findings and Recommendations, and the timely objections received thereto (Dkt. No. 14), as well as a *de novo* review of the record, the Court adopts them in their entirety.  Accordingly, it is therefore ordered that plaintiff James Hutts's allegations that he was denied redress through the grievance process in violation of his First Amendment rights is dismissed for failure to state a claim upon which relief may be granted.

SO ORDERED this the 4th day of December, 2014.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE