### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

JAMES HUTTS,                                                                                                    PLAINTIFF
ADC #116473

v.                                              5:14CV00269-KGB-JTK

WENDY KELLEY, et al.                                                                                       DEFENDANTS

### **ORDER**

Plaintiff's Motion for Reconsideration (Doc. No. 52) of the Court's February 3, 2015 Order (Doc. No. 51) denying his Motions to Stay and for Counsel is DENIED, for the reasons set forth in that Order. In addition, the Court notes that discovery continues in this case until April 28, 2015 (Doc. No. 38). As the case progresses, Plaintiff may move for an extension of that deadline, if necessary.

IT IS SO ORDERED this 13th day of March, 2015.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE