**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**JAMES HUTTS,**
**ADC #116478**                                                                                                    **PLAINTIFF**

v.                                           5:14-cv-00269-KGB-JTK

**WENDY KELLEY, et al.**                                                                                **DEFENDANTS**

## ORDER

The Court has received two Proposed Findings and Recommendations ("Recommendations") from United States Magistrate Judge Jerome T. Kearney (Dkt. Nos. 71, 77). No objections have been filed to either Recommendation, and the time for filing objections has passed. After a review of the Recommendations, this Court adopts them in their entirety.

The Court therefore denies plaintiff James Hutts's motion for injunctive relief (Doc. No. 69) and grants defendants' motion for summary judgment (Dkt. No. 64). This Court dismisses without prejudice defendants Donna Gordon-Buie, Genia Snyder, and Amanda Watt and dismisses with prejudice defendants Ojibagu Iko, M.D., Connie Hubbard, Jennifer McBride-Andrews, and Deborah York.

IT IS SO ORDERED this 30th day of November, 2015.

_____
Kristine G. Baker
United States District Court Judge